# EXHIBIT AA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALYSSA SADWICK,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF ROCHESTER, a municipal entity, GEOFFREY QUINN, TYLER COUCH, MATTHEW WEBSTER, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>　　　　　　　　　　　　Defendants. | STIPULATION TO REMOVAL<br><br>Case No.<br><br>(Monroe County Supreme Court Index No. E2021008170) |

　　　　The undersigned attorneys for Defendants City of Rochester, Geoffrey Quinn, Tyler Couch, and Matthew Webster hereby consent to the removal of this action to Federal Court by the attorneys for Defendants Todd Baxter and "Richard Roe Sheriff's Deputies 1-200."

Dated: November 30, 2021

_____
**Patrick Beath**
*Attorney for Defendants City of Rochester, Geoffrey Quinn, Tyler Couch, and Matthew Webster*
Deputy Corporation Counsel
City of Rochester Law Department
City Hall, Room 400A
30 Church Street
Rochester, New York 14614
(585) 428-6812