**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

ALYSSA SADWICK,

                                        Plaintiff,

              v.

THE CITY OF ROCHESTER, a municipal entity,
GEOFFREY QUINN, TYLER COUCH,
MATTHEW WEBSTER, "JOHN DOE"
ROCHESTER POLICE DEPARTMENT
OFFICERS "1-200" (names and number of whom
are unknown at present), TODD BAXTER,
"RICHARD ROE SHERIFF'S DEPUTIES 1-200"
(names and number of whom are unknown at
present), and other unidentified members of the
Rochester Police Department and Monroe County
Sheriff's Office,

                                        Defendants.

**DEMAND FOR JURY TRIAL**

Case No.

(Monroe County Supreme Court
    Index No. E2021008170)

      **PLEASE TAKE NOTICE,** that pursuant to Rule 38 of the Federal Rules of Civil

Procedure, that Defendants Todd Baxter and "Richard Roe Sheriff's Deputies 1-200" ("Sheriff

Defendants") demand a trial by jury of the above-entitled action.

Dated: November 30, 2021

**JOHN P. BRINGEWATT, MONROE COUNTY ATTORNEY**
*Attorney for Sheriff Defendants*

_____
**Maria E. Rodi, of Counsel**
Deputy County Attorney
307 County Office Building
39 West Main Street,
Rochester, New York 14614
(585) 753-1495
mariarodi@monroecounty.gov

To:    Elliot Dolby Shields, Esq.
Roth & Roth, LLP
*Co-counsel for Plaintiff*
192 Lexington Avenue, Suite 802
New York, New York 10024
(212) 425-1020
eshields@RothandRothlaw.com

Donald Thompson, Esq.
Easton Thompson Kasperek Shiffrin LLP
*Co-counsel for Plaintiff*
16 West Main Street, Suite 243
Rochester, New York 14614
(585) 423-8290
dmthompson@etksdefense.com

Patrick Beath
*Attorney for Defendants City of Rochester, Geoffrey Quinn,*
*Tyler Couch, and Matthew Webster*
Deputy Corporation Counsel
City of Rochester Law Department
City Hall, Room 400A
30 Church Street
Rochester, New York 14614
(585) 428-6812