UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALYSSA SADWICK,<br><br>           Plaintiff,<br><br>  v.<br><br>THE CITY OF ROCHESTER, a municipal entity, GEOFFREY QUINN, TYLER COUCH, MATTHEW WEBSTER, "JOHN DOE" ROCHESTER POLICE DEPARTMENT OFFICERS "1-200" (names and number of whom are unknown at present), TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>           Defendants. | **DECLARATION OF SERVICE**<br><br>Case No.<br><br>(Monroe County Supreme Court<br> Index No. E2021008170) |

*Pursuant to 28 U.S.C. §1746, Maria E. Rodi declares as follows:*

On this date, I served the following: Notice of Removal; Stipulation to Removal; Notice of Filing of Notice of Removal; Local Rule 81 Index of Documents Filed in NYS Court Action, with Exhibits; and Demand for Jury Trial, by U.S. Mail delivery service upon:

Elliot Dolby Shields, Esq.     Donald Thompson, Esq.
Roth & Roth, LLP        Easton Thompson Kasperek Shiffrin LLP
*Co-counsel for Plaintiff*      *Co-counsel for Plaintiff*
192 Lexington Avenue, Suite 802   16 West Main Street, Suite 243
New York, New York 10024    Rochester, New York 14614
(212) 425-1020         (585) 423-8290

Patrick Beath
*Attorney for Defendants City of Rochester,*
*Geoffrey Quinn, Tyler Couch, and Matthew Webster*
Deputy Corporation Counsel
City of Rochester Law Department
City Hall, Room 400A
30 Church Street
Rochester, New York 14614
(585) 428-6812

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on November 30, 2021*

**JOHN P. BRINGEWATT, MONROE COUNTY ATTORNEY**
*Attorney for Sheriff Defendants*

**Maria E. Rodi**
Senior Deputy County Attorney
307 County Office Building
39 West Main Street
Rochester, New York 14614
(585) 753-1495
mariarodi@monroecounty.gov