UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALYSSA SADWICK,

                              Plaintiffs,

-against-

THE CITY OF ROCHESTER, a municipal entity, GEOFFREY QUINN, TYLER COUCH, MATTHEW WEBSTER, "JOHN DOE" ROCHESTER POLICE DEPARTMENT OFFICERS "1–200", (names and number of whom are unknown at present), TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,

                              Defendants.

Case No. 21-cv-6730

**NOTICE OF MOTION TO DISMISS**

| | |
|---|---|
| Motion By: | Defendants Todd Baxter and "Richard Roe" Monroe County Sheriff's Deputies 1-200 (the "County Defendants"). |
| Relief Requested: | An order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing, with prejudice, the Complaint and each claim as against the County Defendants and such other and further relief as this Court deems proper. |
| Supporting Papers: | Notice of Motion; Declaration of Maria E. Rodi, Esq., dated January 28, 2022 with Exhibit A; and Memorandum of Law, dated January 28, 2022. |
| Grounds for Motion: | Failure to state a claim against the County Defendants. |
| Location: | United States Court House, 100 State Street, Rochester, New York 14614 |
| Opposing Papers: | Under Local Rule, Plaintiffs are required to file and serve opposing papers **fourteen (14) days** after the service of this motion, if the Court does not issue an order with an alternative deadline. The County Defendants intend to file and serve reply papers. |

2

<table>
<tr><td>January 28, 2022</td><td>John P. Bringewatt, Monroe County Attorney<br>*Attorney for the County Defendants*<br><br>s/ *Maria E. Rodi*<br>Maria E. Rodi<br>Senior Deputy County Attorney<br>307 County Office Building, 39 W. Main Street<br>Rochester, New York 14614<br>585.753.1495<br>mariarodi@monroecounty.gov</td></tr>
</table>

To: All Counsel of Record *by ECF*